United States District Court
Southern District of Texas
**ENTERED**
April 15, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| YEKINI WAHAB, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:25-CV-00444 |
| | § | |
| BENJAMINE HUFFMAN, *et al.*, | § | |
| Defendants. | § | |

**ORDER**

After considering the parties' Joint Motion to Remand to USCIS for Adjudication, the Court hereby enters the following order:

It is **ORDERED** that the Joint Motion to Remand to USCIS for Adjudication is **GRANTED**.

This case is **REMANDED** to USCIS for adjudication of Plaintiff's naturalization petition. The Clerk of Court is **DIRECTED** to close this case.

Signed on April 15, 2025, at Houston, Texas.

The Hon. Charles Eskridge
United States District Judge